

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KRZYSTOF HODUREK | Violation: Title 18, United States Code, Section 1343<br><br>1:25-cr-00568<br>Judge Andrea R. Wood<br>Magistrate Judge Jeffrey T. Gilbert<br>RANDOM/ Cat 3 |

The UNITED STATES ATTORNEY charges:

1. At times material to this Information:

    a. The Illinois Department of Employment Security ("IDES") operated the State of Illinois unemployment insurance program.

    b. In Illinois, an employee terminated without fault could file with IDES a claim for unemployment insurance benefits on the internet by providing his or her name, social security number, date of birth, employer information, and information about the cause of termination. Claimants in Illinois could elect to have their unemployment insurance benefits directly deposited into a bank account.

    c. To receive benefits, the claimant was required to certify certain eligibility information, including whether the claimant worked, was able and available to work, and actively sought work during the certification period. This could be done on the internet. After a claimant completed this certification process, if the IDES approved the claimant's application, benefits were paid through direct deposit.

    d. HODUREK owned Business A, Business B, and Business C, which were bars located in the Northern District of Illinois.

1

2. Beginning in or around May 2020 and continuing through in or around October 2021, in the Northern District of Illinois, Eastern Division, and elsewhere,

KRZYSTOF HODUREK,

defendant herein, knowingly devised, intended to devise, and participated in a scheme to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, which scheme is further described below.

3. It was part of the scheme that HODUREK fraudulently obtained unemployment insurance benefits from IDES by filing and causing to be filed claims for unemployment insurance benefits on the internet by falsely certifying through the IDES website that he was unemployed and thereby eligible for unemployment insurance benefits, and directing IDES to transmit funds to bank accounts that HODUREK controlled.

4. It was further part of the scheme that HODUREK used nominee bank accounts in the names of family members to conceal wages that HODUREK received from Businesses A, B, and C while HODUREK received unemployment insurance benefits from IDES.

5. It was further part of the scheme that HODUREK fraudulently caused and facilitated the completion of the IDES certification process for his wife by falsely representing to IDES that she was entitled to unemployment insurance benefits,

when, in fact, HODUREK knew that she was not entitled to unemployment insurance benefits.

6. It was further part of the part of the scheme that HODUREK filed and caused to be filed fraudulent unemployment insurance claims with IDES and caused IDES to transmit benefits payments totaling approximately $114,136 to HODUREK and his wife.

7. It was further part of the scheme that HODUREK misrepresented, concealed, and hid, and caused to be misrepresented, concealed, and hidden, the existence, purpose, and acts done in furtherance of the scheme.

8. On or about January 6, 2021, in the Northern District of Illinois, Eastern Division, and elsewhere,

KRZYSTOF HODUREK,

defendant herein, for the purpose of executing the above-described scheme, did knowingly cause to be transmitted by means of wire communication in interstate commerce certain writings, signs, and signals, namely, an electronic transfer of $1,079 from IDES to a bank account held in HODUREK's name which transaction was processed by a server located outside of Illinois;

In violation of Title 18, United States Code, Section 1343.

SARAH STREICKER
Digitally signed by SARAH STREICKER
Date: 2025.09.11 12:05:57 -05'00'

Signed by Sarah Streicker on behalf of
ANDREW S. BOUTROS
UNITED STATES ATTORNEY